IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: SUBPOENA TO DEKER NET, LLC D/B/A ATHLETIC.NET | Case No. 3:26-mc-00254-SB |
| | **OPINION AND ORDER** |
| UNITED STATES TRACK & FIELD AND CROSS-COUNTRY COACHES ASSOCIATION, | |
| Plaintiff, | |
| v. | |
| FLOSPORTS, INC. and DIRECTATHLETICS, INC., | |
| Defendants. | |

**BECKERMAN, U.S. Magistrate Judge.**

On March 10, 2026, Movants FloSports, Inc. and DirectAthletics, Inc. (together, "Movants") filed a motion to compel Deker Net, LLC d/b/a Athletic.NET ("Athletic.NET") to comply with their subpoena pursuant to Federal Rule of Civil Procedure 45(g). (Defs.' First Mot. Compel, ECF No. 1.) Athletic.NET filed a response on March 27, 2026. (Resp. Defs.' First Mot. Compel, ECF No. 5.)

PAGE 1 – OPINION AND ORDER

Having considered the arguments of Movants and Athletic.NET, the Court finds that Athletic.NET timely objected to Movants' subpoena on February 16, 2026, because Movants agreed to extend the subpoena response deadline to that date. The Court further finds that Movants seek relevant information from Athletic.NET, but many of the subpoena categories are facially overbroad.

To expedite Athletic.NET's production of documents in response to Movants' subpoena, the Court ORDERS as follows:

1.    Counsel for Movants and Athletic.NET shall confer in person or by telephone by April 16, 2026, on (a) the terms of an appropriate protective order; (b) each of the subpoena's fifteen categories of documents, including agreed-upon search terms for any electronically-stored information (if necessary); and (c) a reasonable deadline for Athletic.NET to begin and complete its production of responsive documents; and

2.    If counsel for Movants and Athletic.NET are unable to resolve Athletic.NET's objections to the subpoena by April 16, 2026, despite robust conferral efforts, they shall notify the Court of any unresolved issues (by email to sbpropdoc@ord.uscourts.gov) and the Court will schedule a telephonic discovery hearing during the week of April 20, 2026.

The Court declines to impose sanctions on either side but urges counsel to proceed collaboratively to avoid any undue burden or expense and to secure a just, speedy, and inexpensive resolution of this dispute.

///

///

PAGE 2 – OPINION AND ORDER

For these reasons, the Court DENIES Movants' motion to compel (ECF No. 1), with leave to renew at a discovery hearing following the conferral efforts outlined herein.

**IT IS SO ORDERED.**

DATED this 2nd day of April 2026.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 3 – OPINION AND ORDER